SMITH BAKING COMPANY, APPELLEE, V. INTERIOR FLOUR MILLS COMPANY, APPELLANT.

FILED MAY 1, 1930. No. 27174.

*Stewart, Stewart & Whitworth,* for appellant.

*William Niklaus, contra.*

Heard before GOSS, C. J., ROSE, DEAN, THOMPSON, EBERLY and DAY, JJ., and LIGHTNER, District Judge.

PER CURIAM.

This is an action to recover damages for the partial breach of a written contract for the sale and delivery of flour. The cause was tried to a jury which returned a verdict in favor of plaintiff in the sum of $880.31, and from a judgment entered thereon by the district court for Lancaster county defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.